**Motion Granted; Order filed March 27, 2014**



In The

# Fourteenth Court of Appeals

_____

NO. 14-13-00104-CR
_____

**YANTSEY GONZALES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 178th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1303536**

## ORDER

Appellant is represented by appointed counsel, Emily Munoz DeToto. Appellant's brief was originally due May 17, 2013. We granted an extension of time to file appellant's brief until March 6, 2014. When we granted this extension, we noted that no further extensions would be granted absent exceptional circumstances. No brief was filed. On March 24, 2014, counsel filed a further request for extension of time to file appellant's brief. To date, counsel has submitted no brief. We grant the request and issue the following order.

Accordingly, we order Emily Munoz DeToto to file a brief with the clerk of this court on or before **April 6, 2014**. If counsel does not timely file the brief as ordered, the court may issue an order requiring appointment of new counsel.

PER CURIAM